IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SYLVESTER WORTHAM                                                   PLAINTIFF

v.                     CASE NO.: 3:08-CV-00108 BSM

JONESBORO, CITY OF et al.                                      DEFENDANTS

**ORDER**

     Pending is plaintiff's motion to proceed *in forma pauperis* [Doc. # 3]. Plaintiff states that he is unemployed; however, he fails to state the amount of unemployment he has received and the amount of unemployment he expects to receive in the future. Without this information, plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff is hereby directed to file a supplemental application addressing this deficiency within twenty days of the date of this order. Failure to comply with this order will result in the dismissal of plaintiff's complaint.

     IT IS SO ORDERED this 23rd day of July, 2008.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE