# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SYLVESTER WORTHAM**                                                   **PLAINTIFF**

**v.**                 **CASE NO. 3:08-CV-00108BSM**

**CITY OF JONESBORO**                                                     **DEFENDANT**

## **JUDGMENT**

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 3rd day of December, 2008.

                                                                         _/s/ Brian S. Miller_
                                                                  UNITED STATES DISTRICT JUDGE